

07 CV 6978

BLANK ROME, LLP
Attorneys for Plaintiff
DEIULEMAR COMPAGNIA
DI NAVIGAZIONE SPA
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA,<br>                Plaintiff,<br><br>            -against-<br><br>IMPERIAL MARINE CO.; DALTON WORLDWIDE S.A., and OVERSEAS MARINE ENTERPRISES INC.<br>                Defendants. | 07 Civ. 6978 Chin<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA certifies that, according to information provided to counsel by its clients, DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:      New York, New York
            August 3, 2007

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    DEIULEMAR COMPAGNIA
                                    DI NAVIGAZIONE SPA

                                    By _____
                                       Jack A. Greenbaum (JG 0039)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY  10174-0208
                                    (212) 885-5000

311817.1
900200.00001/6555975v.1

1