UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DEIULEMAR COMPAGNIA DI
NAVIGAZIONE SPA,                                :      07 Cv. 6978 (DC)

                Plaintiff,       :

   -against-                                        :      **STATEMENT PURSUANT**

IMPERIAL MARINE CO., DALTON           :      **TO FRCP 7.1**
WORLDWIDE S.A., and OVERSEAS
MARINE ENTERPRISES INC.,                   :

              Defendants.      :
------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, garnishee Intesa Sanpaolo S.p.A., New York Branch, states that it is an Italian corporation whose shares are publicly traded in Italy and that no publicly-held company owns 10% or more of its stock.

Dated: New York, New York
       February 15, 2008

                                                GILMARTIN, POSTER & SHAFTO LLP

                                                By: /s/ Michael C. Lambert
                                                    Michael C. Lambert (ML-3408)
                                              845 Third Avenue
                                              New York, New York 10022
                                              (212) 425-3220
                                              Attorneys for Garnishee Intesa Sanpaolo
                                                S.p.A., New York Branch