UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
DEIULEMAR COMPAGNIA DI
NAVIGAZIONE SPA,                          :        07 Cv. 6978 (DC)

                          Plaintiff,      :

     -against-                            :    **ANSWER OF GARNISHEE**
                                               **INTESA SANPAOLO S.p.A.**
IMPERIAL MARINE CO., DALTON               :
WORLDWIDE S.A., and OVERSEAS
MARINE ENTERPRISES INC.,                  :

                          Defendants.     :
---------------------------------------------------X

     Garnishee, Intesa  Sanpaolo S.p.A., New York Branch, by its attorneys, Gilmartin, Poster & Shafto LLP, for its answer to the complaint herein:

     1.    States that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 through 25 of the complaint.

     2.    States that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the complaint, except denies that Garnishee was, at the time of service on it of the writ of maritime attachment and garnishment, in possession of any cash, funds, freight or hire credits, including but not limited to electronic funds transfers, belonging to Defendants.

Dated:  New York, New York
       February 15, 2008

00019833.WPD

GILMARTIN, POSTER & SHAFTO LLP


By: /s/ Michael C. Lambert
     Michael C. Lambert (ML-3408)
845 Third Avenue
New York, New York 10022
(212) 425-3220
Attorneys for Garnishee Intesa Sanpaolo
 S.p.A., New York Branch


TO:    BLANK ROME, LLP
       The Chrysler Building
       405 Lexington Avenue
       New York, New York  10174-0208
       Attorneys for Plaintiff

00019833.WPD