CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEIULEMAR COMPAGNIA DI NAVIGAZIONE :
SPA,                                                 :
                                                     :
                        Plaintiff,                   :      07-CV-6978
                                                     :
           v.                                        :      **NOTICE OF**
                                                     :      **APPEARANCE**
IMPERIAL MARINE CO.; DALTON                          :
WORLDWIDE S.A., and OVERSEAS MARINE                  :
ENTERPRISES INC.,                                    :
                                                     :
                        Defendants.                  :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 20, 2008

                                                CLARK, ATCHESON & REISERT
                                                Attorneys for Garnishee
                                                Societe Generale New York Branch

                                By:    _____
                                       Richard J. Reisert (RR-7118)
                                       7800 River Road
                                       North Bergen, NJ 07047
                                       Tel: (201) 537-1200
                                       Fax: (201) 537-1201
                                       Email: reisert@navlaw.com