# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL STREET NEW YORK, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

**J. Michael McMahon**
**Clerk of the Court**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
Deiulemar Compagnia Di Navigazione,

        Plaintiff(s),            07   Civ.  6978   (DC)

      - against -

Imperial Marine Co, et al.,

        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The above-captioned action has been assigned to Judge Denny Chin.

      Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

      This conference will be held on April 4, 2008 at 11:00 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

      **Please send a copy of this notice to your adversary,** and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:      New York, New York
              March 11, 2008

                                                  Sincerely,

                                                  David Tam
                                                  Courtroom Deputy Clerk
                                                  U.S.D.C. - S.D.N.Y.
                                                  500 Pearl Street, Rm. 1020
                                                  New York, New York  10007
                                                  (212) 805-0096